(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ SARA HAMPTON, Respondent, v FEDDERS CORPORATION, Appellant. CLINTON HOLLOMAN, Respondent, v FEDDERS CORPORATION, Appellant. LACHEZ MCDUFFIE et al., as Parents and Natural Guardians of TERRANCE J. MCDUFFIE, an Infant, Respondents, v BURNWELL GAS OF ALDEN, INC., et al., Defendants, and FEDDERS CORPORATION, Appellant. THEODORE HAMPTON et al., Individually and as Parents and Natural Guardians of SHINAY HAMPTON and Others, Infants, Respondents, v BURNWELL GAS OF ALDEN, INC., et al., Defendants, and FEDDERS CORPORATION, Appellant. JAMES D. PRESTON, as Administrator of the Estate of LIZZIE PRESTON, Deceased, Respondent, v BURNWELL GAS OF ALDEN, INC., et al., Defendants, and FEDDERS CORPORATION, Appellant. BARBARA LITTLEJOHN et al., Respondents, v BURNWELL GAS OF ALDEN, INC., et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 20.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ SENECA INDUSTRIAL CENTER, INC. (TRAVELERS INSURANCE COMPANY), Respondent, v FEDDERS CORPORATION, Appellant. RUBY WATKINS, Respondent, v FEDDERS CORPORATION, Appellant. (Appeal No. 31.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ HELEN DOZIER et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 32.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ TIMOTHY M. DOZIER et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appel-